AO 91 (Rev. 11/11) Criminal Complaint          FELONY

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MUHAMED PATHE BAH | ) Case No. | B-20-MJ-458 |
| | ) | |
| *Defendant(s)* | ) | |

United States District Court
Southern District of Texas
**FILED**
JUN 27 2020
David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____June 26, 2020____ in the county of ____Cameron____ in the ____Southern____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 2113 (a), (d). | Bank robbery involving assault with a dangerous weapon. |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*
Matthew Weems - FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 27, 2020

_____
*Judge's signature*
US Magistrate Judge Ronald G. Morgan
*Printed name and title*

City and state: Brownsville, Texas

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

B-20-mJ-458

The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all of the facts related to this case.

I, Matthew Weems, being duly sworn, hereby state the following under penalty of perjury:

1. I, Matthew Weems, am employed as a Federal Bureau of Investigation (FBI) Special Agent. I am currently assigned to a Criminal Investigative Squad of the FBI San Antonio Division's Brownsville Resident Agency (RA), where I investigate a number of criminal violations, including Bank Robbery.

2. On June 26, 2020, at approximately 9:45 a.m., Harlingen Police Department (HPD) responded to a bank robbery that had just occurred at a branch of Texas Regional Bank, a FDIC insured bank, located at 2019 S. 77 Sunshine Strip, Harlingen, Cameron County, TX.

3. According to initial reports, a subject, described as a black male with dreadlocks or braided hair, entered the bank and approached a teller. The subject retrieved a pistol from a bag and fired it at a teller, striking the teller in the head. Another teller placed United States currency from the bank inside the male subject's bag. The subject exited the bank and fled the area with the currency.

4. Shortly thereafter, HPD officers observed a male matching the physical description of the subject riding a bicycle near the intersection of Ed Carey Dr. and 23rd Street, a few blocks away from Texas Regional Bank. HPD officers detained the subject and identified him by U.S. Passport as MUHAMED PATHE BAH (BAH). During the contact with BAH, a .22 caliber pistol was recovered from BAH's pant pocket. Officers also located a large sum of United States currency in a bag BAH was carrying. HPD placed BAH in custody for Aggravated Robbery, a felony under Texas Penal Code 29.03. A face covering matching the description provided by witnesses of the mask the subject was wearing during the robbery was found in BAH's possession.

5. Special Agents from the Federal Bureau of Investigation (FBI) responded and interviewed several employees from the aforementioned bank, including the teller who was shot. Law enforcement learned the description of the subject, including but not limited to the face covering, and the events that took place inside the bank.

6. Law enforcement from the FBI met with BAH and provided him with an Advice of Rights form and read the Advice of Rights form to BAH. BAH waived his rights and admitted to being present inside the aforementioned Texas Regional Bank during the morning of June 26, 2020 with the .22 caliber pistol in his possession. BAH described the clothing he was wearing while he was inside the bank, including his face covering. The clothing and physical description provided of his own appearance, by BAH, was similar to the description witnesses from the bank provided

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

B-20-mJ-458

of the subject who shot the teller and robbed the bank. BAH noted that the pistol HPD found in his possession belonged to his brother.

7. After the pistol was recovered from BAH, law enforcement examined the weapon and observed one spent shell casing in the cylinder and nine rounds of live ammunition.

8. Based on the information provided, I believe probable cause exists that on June 26, 2020, in the Southern District of Texas, BAH by force and violence, or by intimidation, took or attempted to take money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, Texas Regional Bank, in violation 18 U.S.C. 2113(a). Further, I believe there is probable cause that BAH put in jeopardy the life of a person by the use of a dangerous weapon or device in violation of 18 U.S.C. 2113(d).

Date: 6/27/20

City and State: Brownsville, Texas

Matthew Weems
Special Agent, Federal Bureau of Investigation

United States Magistrate Judge
Ronald G. Morgan