UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| vs | § § | **CRIMINAL NO. B-20-433** |
| **MUHAMED PATHE BAH** | § § | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR JUDICIAL DETERMINATION OF MENTAL COMPETENCY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Nicole Piquette, Assistant United States Attorney, and David Lindenmuth, Assistant United States Attorney of record, file this response to defendant's Motion for Judicial Determination of Mental Competency filed in this case on December 4, 2020 (Doc. 25).

The Government has no objection or opposition to a mental competency examination of the Defendant in this case. However, the Government does not concede, agree, or adopt any of the statements regarding the Defendant's condition as expressed in the Defendant's motion.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

**By:** _____
NICOLE E. PIQUETTE
Assistant United States Attorney
Federal Bar No. 3308434
South Carolina Bar No. 103012
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph:(956)548-2554

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December, 2020, a copy of the foregoing Government Response in Opposition to Defendant's Motion for Judicial Determination of Mental Competency was electronically filed.

_____
NICOLE E. PIQUETTE
Assistant United States Attorney