IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CR. NO. B-20-433-1 |
| | § | |
| MOHAMED PATHE BAH | § | |

## ORDER APPOINTING COUNSEL

On the 24th day of March 2021, the Court called this matter for hearing.

Defendant, MOHAMED PATHE BAH, appeared by video, was placed under oath and stated that he was requesting that attorney Nat C. Perez, Jr., be his attorney of record and represent him in this present indictment.

The government announced no opposition to the request.

IT IS THEREFORE ORDERED that attorney Nat C. Perez, Jr., is appointed to represent defendant Mohamed Pathe Bah in this present indictment.

SO ORDRED on this the _____ day of March 2021.

_____
Hon Rolando Olvera
U.S. District Judge